U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG - 7 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TINA JOHNSON | CIVIL ACTION NO. 1:17-cv-0534 |
| VERSUS | JUDGE TRIMBLE |
| C. H. WILKINSON PHYSICIAN NETWORK, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Doc. 12)** is **denied** and all claims against St. Francis Cabrini Hospital Foundation of Alexandria, Marksville Family Care Center, Stephanie Arnold, and Tracy Rada are **dismissed without prejudice**.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 7th day of August, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE